```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
DENISE R. ABDALE; HELEN BUTLER;
PAULETTE SCHRAMM; CHARLEEN SOLOMON;
LENA VETERE; CHARLES BILLUPS;
DIANE PETERMAN, M.D.; KATHERINE CROSS;
LINDA KIEHL; ELIZABETH CAPORASO;
RICHARD ERTL; and JARRETT AKINS,
on behalf of themselves and all
others similarly situated,

                    Plaintiffs,
                                           MEMORANDUM & ORDER
          -against-                        13-CV-1238(JS)(SIL)

NORTH SHORE-LONG ISLAND JEWISH HEALTH
SYSTEM, INC.; NORTH SHORE-LONG ISLAND
JEWISH MEDICAL CARE, PLLC; NORTH
SHORE-LIJ NETWORK, INC.; and NORTH
SHORE UNIVERSITY HOSPITAL,

                    Defendants.
----------------------------------X
APPEARANCES
For Plaintiffs:     Bonita E. Zelman, Esq.
                    Law Offices of Bonita E. Zelman
                    2001 Marcus Avenue, Suite S150
                    Lake Success, NY 11042

For Defendants:     Jason Brown, Esq.
                    Joseph Gaughan Cleemann, Esq.
                    Ropes & Gray LLP
                    45 Rockefeller Plaza
                    New York, NY 10111-0087
```

SEYBERT, District Judge:

For the reasons stated on the record at the November 12, 2014 status conference, this matter is REMANDED to the Supreme Court of the State of New York, County of Queens. The Clerk of

the Court is directed to TERMINATE all pending motions and mark this matter CLOSED.

                                             SO ORDERED.

                                        /s/ JOANNA SEYBERT
                                        Joanna Seybert, U.S.D.J.

Dated:    November  13 , 2014
            Central Islip, New York